Magistrate Judge David W. Christel

FILED ____ LODGED
____ RECEIVED

JUN 17 2015

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD GEORGE LESEMAN, <br><br> Defendant. | NO. MJ15-5094 <br><br> COMPLAINT FOR VIOLATION <br><br> Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2) and Sections 2252(a)(2) and (b)(1). |

BEFORE the Honorable David W. Christel, United States Magistrate Judge, United States Courthouse, 1717 Pacific Avenue, Tacoma, Washington.

## COUNT 1

### (Possession of Child Pornography)

Beginning on a date unknown, and continuing until on or about June 17, 2015, at Longview, within the Western District of Washington, and elsewhere, RICHARD GEORGE LESEMAN did knowingly possess matter that contained visual depictions the production of which involved the use of minors engaging in sexually explicit conduct, and the visual depictions were of such conduct, that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including computer, and the images of child pornography involved include images of a prepubescent minor and a minor who had not attained 12 years of age.

COMPLAINT/*United States v. Leseman* - 1
USAO 2015R00691

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

All in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

## COUNT 2

### (Receipt of Child Pornography)

On a date unknown, but no later than June 17, 2015, at Longview, within the Western District of Washington, and elsewhere, RICHARD GEORGE LESEMAN did knowingly receive, and attempt to receive, visual depictions the production of which involved the use of minors engaging in sexually explicit conduct, and the visual depictions were of such conduct, using any means and facility of interstate and foreign commerce and which images had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

And the complainant states that this Complaint is based on the following information:

I, Julie Peay, being duly sworn under oath, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent (SA) with the United States Department of Homeland Security, Homeland Security Investigations (HSI), in Portland, Oregon. HSI is responsible for enforcing the customs laws, immigration laws, and federal criminal statutes of the United States. I am a law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and I am authorized by law to conduct investigations and to make arrests for felony offenses.

2. I have been a federal law enforcement officer for over 16 years. I have been involved in investigations of child exploitation and pornography, conspiracy, money laundering, narcotics, fraud, and alien smuggling. My duties include the enforcement of federal criminal statutes prohibiting the sexual exploitation of children, including Title 18, United States Code, Sections 2251 through 2259, the Sexual Exploitation of Children Act (SECA), and Title 18, United States Code, Section 2423(a), which prohibits the

COMPLAINT/*United States v. Leseman* - 2
USAO 2015R00691

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

interstate transportation of a minor for the purpose of engaging in unlawful sexual conduct. I have participated in the execution of search warrants involving child exploitation and/or child pornography offenses, and the search and seizure of computers and other digital devices. I am a member of the Seattle Internet Crimes Against Children (ICAC) Task Force in the Western District of Washington, and work with other federal, state, and local law enforcement personnel in the investigation and prosecution of crimes involving the sexual exploitation of children.

The statements contained in this Complaint are based in part on written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; independent investigation and analysis by law enforcement computer forensic professionals; and my experience, training and background as a Special Agent (SA) with HSI. This affidavit includes only those facts that I believe are necessary to establish probable cause and does not include all of the facts uncovered during the investigation.

## SUMMARY OF THE INVESTIGATION

3. The National Center for Missing and Exploited Children (NCMEC) launched the "CyberTipline" in March of 1998, as a means for reporting incidents of child sexual exploitation including the possession, manufacture, and/or distribution of child pornography; online enticement; child prostitution; child sex tourism; extra-familial child sexual molestation; unsolicited obscene material sent to a child; and misleading domain names, words, or digital images. The CyberTipline is staffed 24 hours a day, 7 days a week, and is operated in partnership with federal, state, and local law enforcement. Incidents can be reported by phone or online, and after NCMEC's Exploited Children Division analyzes the tip and conducts additional research, information is forwarded to the pertinent ICAC and/or law enforcement authorities, based on geographical jurisdiction.

4. The Vancouver Police Department Clark County Sheriff's Office Digital Evidence Cybercrime Unit (DECU) serves as a satellite office for the Seattle Internet

COMPLAINT/*United States v. Leseman* - 3
USAO 2015R00691

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

Crimes Against Children (ICAC) Task Force and routinely receives CyberTips for southwest Washington. Two separate CyberTips were received that pertain to this investigation.

**CyberTip 4098082 (the first CyberTip)**

5. In March of 2015, DECU received a CyberTip regarding an individual in Longview, Washington who had uploaded twenty one (21) images of children engaged in sexually explicit conduct to a Microsoft SkyDrive cloud storage account. The information in CyberTip 4098082 was provided by Microsoft to NCMEC.

6. According to CyberTip 4098082, on March 2, 2015, between 08:32:04 hours and 08:33:00 hours UTC, a user at the IP address 98.232.153.93 uploaded 21 images to a Microsoft SkyDrive account belonging to a user with the email address "rleseman@outlook.com." I have reviewed all 21 of the images that were uploaded on March 2, 2015. Twelve of the 21 images depict what appear to be children engaged in sexually explicit conduct. I either was unable to determine the age of the person portrayed or unable to determine what conduct was occurring in the other nine images due to the thumbnail size of the images. Three of the images are described below:

    a. zpanTkN.jpg

        This image depicts what appears to be a prepubescent female lying on her back with her legs pulled back exposing her vagina and anus. The image is a close-up focused on the child's vagina and anus. The child has no visible pubic hair. The child has ejaculate on her vagina and buttocks.

    b. vntdTRf.jpg

        This image depicts what appears to be a nude prepubescent female standing or kneeling in front of an adult male. The adult male has his erect penis in his hand in close proximity to the child. The child is only seen from the chest up to her head and a portion of her head is cut off from the photo. The child has no breast development.

    c. pbEzzA4.jpg

COMPLAINT/*United States v. Leseman* - 4
USAO 2015R00691

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

This image depicts a nude prepubescent female lying on her back. The child has no visible pubic hair. The child has her legs spread and her vagina is exposed. There is what appears to be an adult male in the image with his erect penis partially inserted into the child's vagina.

**CyberTip 4015163 (the second CyberTip)**

7. In March of 2015, DECU received a second CyberTip regarding an individual in Longview, Washington who had uploaded an image of a child engaged in sexually explicit conduct to a Microsoft SkyDrive cloud storage account. The information in CyberTip 4015163 was provided by Microsoft to NCMEC.

8. According to CyberTip 4015163, on March 2, 2015, at 10:21:06 hours (UTC), a subject at the IP address 98.232.153.93 uploaded one image to a Microsoft SkyDrive account belonging to a user with the email address "rleseman@outlook.com". I have reviewed the image that was uploaded on March 2, 2015, and have described it below:

   a. Ups5f2Q.jpg

   This image depicts a prepubescent female lying on her back. The child has a white shirt on that has been pulled up to her neck exposing her chest area. The child has no breast development. The child's pants and underwear are pulled down around her ankles. The child's legs are bent at the knees exposing her vaginal area. The child has no pubic hair. The child appears to be under the age of ten.

9. On or about March 30, 2015, a DHS summons was served on Comcast requesting subscriber information for the TARGET IP ADDRESS, 98.232.153.93, assigned on March 3, 2015, at between 08:32:04 hours and 08:33:00 hours (UTC). Comcast provided the following information for the subscriber to whom the IP address was assigned:

   Subscriber Name: Rick Leseman
   Service Address: ▓▓▓▓▓▓▓▓▓▓▓
   Longview, WA ▓▓▓▓▓
   Telephone: 360-232-xxxx

COMPLAINT/*United States v. Leseman* - 5
USAO 2015R00691

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

Start of Service: 08/19/2013

10. On March 30, 2015, I conducted queries in commercial databases which indicated that Richard G. LESEMAN (DOB: XX-XX-1957) currently resides at the above address.

11. In March of 2015, queries in the National Law Enforcement Telecommunication Systems (NLETS) were conducted and revealed that Richard LESEMAN has three prior convictions including Child Molestation in the First Degree, Statutory Rape in the First Degree (both in Lewis County in April, 1990), and Child Molestation in the First Degree (Cowlitz County in May, 1996).

12. On June 8, 2015, Detective David Brown of the Vancouver Police Department conducted a check of Offender Watch (a sex offender management system utilized by law enforcement agencies) which indicated that Richard LESEMAN is a Level II registered sex offender and is currently residing at 1316 11th Avenue #5, Longview, Washington 98632. According to the Offender Watch records, Richard LESEMAN last registered this address as his primary residence on January 5, 2015. On June 8, 2015, Longview Police Department Detective Sergeant Chris Blanchard drove to the address 1316 11th Avenue, Apt. 5, Longview, Washington, and took photographs of the residence. The apartment is located in the Hudson Hotel Annex on 11th Avenue. On that same date, Detective Sergeant Blanchard stood near Apartment 5, while conducting other law enforcement business, and scanned for wireless networks using a cellphone. He observed a secured wireless network named "HOME-ED12" and one unsecured wireless network

**Execution of the Search Warrant**

13. On June 11, 2015, I obtained a search warrant from the Honorable David W. Christel for the Leseman apartment, Apartment 5 at 1316 11th Avenue, in Longview. This morning, shortly after 7:00 a.m. I, together with other HSI agents, executed the search warrant on the residence. No one was in the apartment at the time of the search.

COMPLAINT/*United States v. Leseman* - 6
USAO 2015R00691

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

A preview of an HP laptop computer located in the living room of the apartment revealed the following images of child pornography.
The path and descriptions are:

   *a*. root/users/Rick/pictures/43368347RKK.jpg
   This image depicts a prepubescent female lying on her back on a bed. The child is wearing a maroon in color striped shirt and is nude from the waist down. The child's legs are bent at the knees and spread open exposing her vagina and anus. The child has no pubic hair.

   *b.* root/users/Rick/pictures /43509200EIO.jpg
   This image depicts a nude prepubescent female sitting down with her legs spread open. There is an adult male erect penis inserted into her vaginal area. She has no breast development and no pubic hair.

   *c.* root/users/Rick/pictures / 43509240GAd.jpg
   This image depicts a prepubescent female wearing a blue shirt and skirt. The child is kneeling between two nude adult males that are standing on either side of her. The adult males' penises are erect and close to the child's face. The child's mouth is open and she has ejaculate in her mouth and on her face.

14. Additionally we found a Carter's size 3T little girl's footed pajamas that had been filled with pillow stuffing to resemble a child and wrapped up in the blanket on the bed in the apartment. The bed, a fold-up type, was the only bed in the apartment and it appears that no one other than Leseman lives in this apartment. There were also four pair of little girl's underwear in a closet.

## CONCLUSION

15. Based on the above facts, I respectfully submit that there is probable cause to believe that RICHARD GEORGE LESEMAN did knowingly and unlawfully possess and receive child pornography, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2) and Sections 2252(a)(2) and (b)(1).

COMPLAINT/*United States v. Leseman* - 7
USAO 2015R00691

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

_Julie S. Peay, SA_
Julie Peay, Complainant
Special Agent, HSI

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the Defendant committed the offenses set forth in the Complaint.

Dated this 17th day of June, 2015.

DAVID W. CHRISTEL
United States Magistrate Judge

COMPLAINT/*United States v. Leseman* - 8
USAO 2015R00691

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800